United States Bankruptcy Court
District of Arizona

In re:                                                                    Case No. 21-01916-
MICHEAL J WALKEMEYER                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                    User: colasonk                              Page 1 of 3
Date Rcvd: Mar 18, 2021                 Form ID: nch13pln                        Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by
              the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was
              undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MICHEAL J WALKEMEYER, 4730 S 29TH TER, PHOENIX, AZ 85040-0796 |
| 16383794 | + | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas TX 75356-5848 |
| 16383800 | + | Banner Health, 2901 n. central ave ste 160, Phoenix AZ 85012-2702 |
| 16383804 | + | Cashtime, 3361 W Greenway RD, Phoenix AZ 85053-7641 |
| 16383806 | + | Colleen McCord, 2019 Rancho Lake Dr, Las Vegas NV 89108-6478 |
| 16383808 | + | Cox Communications, 6205 Peachtree Dunwoody Road, Atlanta GA 30328-4524 |
| 16383809 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg PA 17106-9184 |
| 16383811 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 16383813 | + | Geico, 5620 western ave, Chevy Chase MD 20815-3406 |
| 16383814 | + | Honnor Health, 8125 N Hayden Rd, Scottsdale AZ 85258-2463 |
| 16383819 | + | Nationwide Recovery Systems, 501 Shelley Drive, Suite 300, Tyler TX 75701-9553 |
| 16383822 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth TX 76161-0244 |
| 16383824 | + | St Lukes, 1500 S Mill Ave, Tempe AZ 85281-6699 |
| 16383827 | + | Tuitionopts, Po Box 387, Marlton NJ 08053-0387 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Mar 19 2021 01:20:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16383793 | + | Email/Text: backoffice@affirm.com | Mar 19 2021 01:23:00 | Affirm, 30 Isabella st, floor 4, Pittsburgh PA 15212-5862 |
| 16383795 | | Email/Text: bankruptcynotices@azdor.gov | Mar 19 2021 01:20:00 | Arizona Department of Revenue, Attention BK Payment Unit, 2005 N Central Ave, Ste 100, Phoenix AZ 85004-1546 |
| 16383796 | + | Email/Text: RANDY@ACIPHOENIX.COM | Mar 19 2021 01:23:00 | Arrowhead Consultants Inc, Attn: Bankruptcy, Po Box 83087, Phoenix AZ 85071-3087 |
| 16383797 | + | Email/Text: bankruptcy@autonowfinancial.com | Mar 19 2021 01:23:00 | Auto Now Financial, PO Box 51900, Mesa AZ 85208-0095 |
| 16383798 | + | Email/Text: bankruptcy@autonowfinancial.com | Mar 19 2021 01:23:00 | Auto Now Financial Ser, Attn: Bankruptcy, Po Box 816, Glendale AZ 85311-0816 |
| 16383799 | + | Email/Text: bankruptcy@avidac.com | Mar 19 2021 01:23:00 | Avid Acceptance Llc, Attn: Bankruptcy, 6995 Union Park Center Suite 450, Cottonwood Heights UT 84047-6145 |
| 16383801 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 19 2021 00:20:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16383802 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Mar 18 2021 23:59:39 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |

| 16383803 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
|---|---|---|---|
| | | Mar 19 2021 00:09:52 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16383805 | + Email/Text: bkinfo@ccfi.com | | |
| | | Mar 19 2021 01:21:00 | Checksmart, 3510 W. Bell Rd #8, Glendale AZ 85308-4336 |
| 16383807 | + Email/Text: CCICollectionsGlobalForms@cox.com | | |
| | | Mar 19 2021 01:22:06 | Cox Communications, PO Box 120630, Newport News VA 23612-0630 |
| 16383810 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Mar 19 2021 01:23:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |
| 16383812 | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | | |
| | | Mar 19 2021 01:20:00 | Gateway One Lending & Finance, 175 North Riverview Drive, Suite 100, Anaheim CA 92808 |
| 16383815 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Mar 19 2021 01:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 16383817 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Mar 19 2021 01:21:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 16383818 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Mar 19 2021 00:09:28 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 16383820 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Mar 19 2021 01:23:10 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield VA 22119-3000 |
| 16383821 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 19 2021 00:10:34 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 16383825 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 19 2021 00:20:37 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16383826 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Mar 19 2021 01:23:00 | Transworld Sys Inc/33, Attn: Compliance Dept, Po Box 15618, Wilmington DE 19850-5618 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16383823 | *+ | Santander Consumer USA Inc., Attn: Bankruptcy, Po Box 961245, Fort Worth TX 76161-0244 |
| 16383816 | ##+ | Kls Financial Services, Attn: Bankruptcy, 991 Aviation Parkway Ste 300, Morrisville NC 27560-8564 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:**

District/off: 0970-2

Date Rcvd: Mar 18, 2021

User: colasonk

Form ID: nch13pln

Page 3 of 3

Total Noticed: 35

| Name | Email Address |
|---|---|
| THOMAS ADAMS MCAVITY | on behalf of Debtor MICHEAL J WALKEMEYER documents@phxfreshstart.com  tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                          Case No.: 2:21−bk−01916

    MICHEAL J WALKEMEYER                 Chapter: 13
    4730 S 29TH TER
    PHOENIX, AZ 85040
    SSAN: xxx−xx−8403
    EIN:

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

    Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan. Pursuant to Local Rules 2084−9 and 2084−10, plan confirmation is governed by the following procedures:

1.    Any objection by a creditor to the plan must be in writing and filed within the Bankruptcy Court, and copies served on the following parties, no later than 14 days after the original date set for the meeting of creditors, or any continuance thereof, or reinstatement of the case, or 28 days after service, whichever is later:

Address of the Bankruptcy Clerk's Office

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727

Address of Trustee

Address of Debtor(s)

MICHEAL J WALKEMEYER
4730 S 29TH TER
PHOENIX, AZ 85040

Address of Debtor(s) Attorney

THOMAS ADAMS MCAVITY
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076−2780

### − − − NOTICE CONTINUES ON NEXT PAGE − − −

2.    The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.    If creditors file no objections and the Trustee recommends confirmation, the Court may confirm the Plan without a hearing.

4.    If a creditor files an objection and/or the Trustee does not recommend confirmation, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.    **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**


Date: March 18, 2021


Address of the Bankruptcy Clerk's Office:        Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                George Prentice
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov